Court of Appeals
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas, 78205-3037

July 7, 2015

RE: Court of Appeals Number: 04-15-00288-CV
Trial No. 2012-CI-16084

Dear Clerk,

In accordance to the court's order entered on June 29, 2015, enclosed is copy of Request for Transcripts of Pretrial hearings filed with Rhonda L. Hogan, 37th District Court, Court Reporter and copy of the Unsworn Declaration of Inability to Pay Costs that was filed in this case. Please file same with the court.

Sincerely,

Eduardo Benavides
89008-132
LSCI Butner-Low
P.O. Box 999
Butner, NC  27509

No. 2012-CI-16084

| | | |
|---|---|---|
| EDUARDO BENAVIDES | § | IN THE DISTRICT COURT OF |
|     Plaintiff, | § | |
| | § | |
| vs. | § | 37TH JUDICIAL DISTRICT |
| | § | |
| JULIA BENNETT, ET AL., | § | |
|     Defendants. | § | BEXAR COUNTY, TEXAS |

## REQUEST FOR TRANSCRIPTS OF PRETRIAL HEARINGS

TO: Rhonda L. Hogan, 37th District Court, Court Reporter

Plaintiff Eduardo Benavides, hereby requests that the pretrial hearings held on January 9, 15, February 5, 2015 in this case be transcribed and filed in the case.

Respectfully submitted,

Eduardo Benavides
89008-132
LSCI Butner Low
P.O. Box 999
Butner, NC 27509

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, that a true and correct copy of the above and foregoing has been forwarded to: Patricia Jay, Attorney At Law, 3107 Broadway, San Antonio, Texas, 78209, and Rudy Wattiez, 2118 N. Main Ave., Suite 102, San Antonio, Texas, 78212, on this 7th day of July 2015.

Eduardo Benavides

No: 2012-CI-16084
2015-CI-04550

| | | |
|---|---|---|
| EDUARDO BENAVIDES | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| vs. | § | 37TH JUDICIAL DISTRICT |
| | § | |
| JULIA BENNETT, ET AL., | § | |
| Defendants. | § | BEXAR COUNTY, TEXAS |

## UNSWORN DECLARATION OF INABILITY TO PAY COSTS

"My name is Eduardo Benavides and am the plaintiff in the above and reference case. I state that I do not have any money, stocks or bonds that may converted to pay the costs of my appeal to the Fourth Court of Appeals."

I, Eduardo Benavides, 89008-132, pursuant to Civil Pratice & Remedies Code, §§ 132.00, state I am presently incarcerated in LSCI-Butner-Low, in Grandville County, Butner, North Carolina, and declare under the penalty of perjury, that I have personal knowledge of the above and foregoing and is true and correct.

_Eduardo Benavides_
Eduardo Benavides

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the above and forgoing has been forwarded to: Patricia Jay, Attorney At Law, 3107 Broadway, San Antonio, Texas, 78209; and Rudy Wattiez, 2118 N. Main Ave., Suite 102, San Antonio, Texas, 78212, on the _____ day of May 2015.

_Eduardo Benavides_
Eduardo Benavides

EDUARDO BENAVIDES

Name:          Number: 89008-132

Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509



RALEIGH NC 275
Research Triangle Region
103 JUL 2015 PM 6 L

LEGAL
MAIL

⇔89008-132⇔
Court Of Appeals Fourth Dist
Suite 3200
300 Dolorosa
SAN Antonio, TX 78205-3037
United States

78205303799